[No. 63046-6-I.   Division One.   May 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. QUENTIN T. CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04695-4, Laura Gene Middaugh, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Becker and Cox, JJ.

[Nos. 63568-9-I; 62818-6-I.   Division One.   May 24, 2010.]

NICHOLE POLETTI, *as Executor, Appellant*, v. OVERLAKE HOSPITAL MEDICAL CENTER ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 08-2-07948-1, Barbara A. Mack, J., entered April 30, 2009. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J.

[Nos. 63651-1-I; 63893-9-I.   Division One.   May 24, 2010.]

RICHARD PEDOWITZ, *Appellant*, v. ABOVE ALL ROOFING SPECIALISTS, INC., ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 07-2-29746-4, Douglass A. North, J., entered May 14, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Lau, J.